# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMETRIA NASH-PERRY, an individual<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>　　　　　　　　Defendants. | CASE NO.: 1:18-cv-01512 LJO JLT<br><br>**ORDER GRANTING STIPULATION TO ALLOW PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT**<br>**(Doc. 9)** |

The parties have stipulated to allow the plaintiff to file a first amended complaint (Doc. 9) upon the understanding that once filed, the defendants will withdraw their motion to dismiss (Doc. 5). Thus, the stipulation is **GRANTED**.

IT IS SO ORDERED.

Dated: __**January 4, 2019**__　　　　　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE