**RODNEY S. DIGGS, Esq. (SBN 274459)**
rdiggs@imwlaw.com
**IVIE, McNEILL & WYATT**
**444 S. Flower Street**
**Suite 1800**
**Los Angeles, CA 90071**
**Tel: (213) 489-0028**
**Fax: (213) 489-0552**

Attorneys for Plaintiff **TAMETRIA NASH-PERRY**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMETRIA NASH-PERRY, an individual<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF BAKERSFIELD, OFFICER ALEJANDRO PATINO, and DOES 1-10, Inclusive,<br><br>　　　　　　Defendants. | CASE NO.: 1:18−cv−01512−LJO−JLT<br><br>**JOINT STIPULATION TO CONSOLIDATE CASES AND CONTINUE TRIAL AND TO MODIFY THE *NASH-PERRY SCHEDULING ORDER*** |

**TO THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

　　　The parties, TAMETRIA NASH-PERRY, Plaintiff in the matter of *Nash-Perry v. City of Bakersfield, et al.* Case No. 1:18-CV-01512-LJO-JLT, Jason Okamoto and Z.S., Plaintiffs in the matter of *Okamoto, et al. v. City of Bakersfield, et al.,* Case No. 1:19-CV-01125-DAD-JLT, and CITY OF BAKERSFIELD and OFFICER ALEJANDRO PATINO, Defendants in both matters, by and through their respective counsel of record, have conferred and hereby stipulate to consolidate cases *Nash-Perry v. City of Bakersfield, et al.* and *Okamoto, et al. v. City of Bakersfield, et al.* pursuant to Rule 42(a) of the *Federal Rules of Civil Procedure*. Parties also hereby stipulate to continue trial from January 12, 2021 to July 13, 2021.

1

**JOINT STIPULATION TO CONSOLIDATE CASES AND CONTINUE TRIAL**

## JOINT STIPULATION

**WHEREAS,** presently pending in this Court are two related actions identified below:

1. *Nash-Perry v. City of Bakersfield, et al.,* United States District Court, Eastern District of California, Case No. 1:18-CV-01512-LJO-JLT "*Nash-Perry*;" and

2. *Okamoto, et al. v. City of Bakersfield, et al.,* United States District Court, Eastern District of California, Case No. 1:19-CV-01125-JLO-JLT ("*Okamoto*");

**WHEREAS,** both cases arise out of the same incident which occurred on April 19, 2018;

**WHEREAS,** Decedent's mother Tametria Nash-Perry filed her initial complaint on October 31, 2018, asserting constitutional claims on her own behalf as well as constitutional, state law and survivorship claims on behalf of Christopher Okamoto ("Decedent") as his mother. Plaintiff Nash-Perry also alleges she has the right to recover as successor in interest to Decedent and has named Decedent's father Jason Okamoto as a nominal defendant in her operative complaint;

**WHEREAS,** on August 14, 2019, Decedent's father Jason Okamoto ("Mr. Okamoto") and alleged child Z.S. filed their Complaint for Damages against Defendants alleging constitutional claims on their own behalf and also assert state law and survivorship claims on behalf Decedent, both in the individual capacity and as successors in interest to Decedent;

**WHEREAS,** Rule 42(a) of the *Federal Rules of Civil Procedure* permits a court to consolidate actions pending before it if those actions involve a "common question of law or fact" and a Court may consider several factors that would affect the litigation including the burden on parties, witnesses, judicial resources, the risk of inconsistent adjudications, the potential for prejudice, and the risk of delaying trial. *Johnson v. Celotex Corp.,* 899 F.2d 1281, 1285 (2nd Cir. 1990); *Cantrell v. GAF Corp.*, 999 F.2d 1007, 1011 (6th Cir. 1993); *Malcolm v. National Gypsum Co.*, 995 F.2d 346, 350 (2nd Cir. 1993); *Mills v. Beech Aircraft Corp.*, 886 F.2d 758, 762 (5th Cir. 1989);

**WHEREAS,** the Parties now seek to consolidate the above related actions pursuant to F.R.C.P. 42 because each action asserts substantially the same claims and raise substantially the same questions of fact and law regarding liability and damages;

**WHEREAS,** the instant actions of *Nash-Perry* and *Okamoto* have both been properly filed in the United States District Court, Eastern District of California and involve the exact same facts and circumstances, share many of the same causes of action, would require the same legal analysis, and as such, satisfy the only requirement for consolidation under Rule 42(a);

**WHEREAS,** consolidating these two cases would clearly serve the interests of justice: increases judicial efficiency, avoids duplicative evidence, procedures, and inconsistent adjudications, precludes waste, and alleviates potential burdens to the court and all parties involved. Furthermore, since both *Nash-Perry* and *Okamoto* allege survivorship actions, where there can be only one, this will allow a final determination as to the propriety of such claims by each Plaintiff at the same time thus further substantiating the appropriateness of consolidating these actions;

**WHEREAS,** trial in the *Nash-Perry* matter is scheduled for January 12, 2021 based on the Scheduling Order [Dkt. 19]

**WHEREAS,** the Scheduling Conference in *Okamoto* is currently scheduled to take place on November 13, 2019 at 8:30 a.m. and thus, a Scheduling Order has not been entered; and

**WHEREAS,** the Parties agree that additional time will be needed in order to engage in meaningful discovery efforts and litigate this matter in light of the requested consolidation.

## STIPULATION

**IT IS HEREBY STIPULATED**, by and between the Parties hereto through their respective attorneys of record:

1. The *Nash-Perry* and *Okamoto* cases will be consolidated;
2. The Scheduling Order in *Nash-Perry* shall be modified as follows and shall govern the consolidated case as follows:

**JOINT STIPULATION TO CONSOLIDATE CASES AND CONTINUE TRIAL**

| DEADLINE/HEARING | CURRENT DATE | REQUESTED DATE |
| --- | --- | --- |
| Initial Disclosures *(Okamoto v. City of Bakersfield)* | None | 11/14/2019 |
| Non-Expert Discovery Cutoff | 03/30/2020 | 11/25/2020 |
| Expert Witness Disclosure | 04/13/2020 | 12/07/2020 |
| Rebuttal Expert Witness Disclosure | 05/11/2020 | 01/04/2021 |
| Expert Discovery Cutoff | 06/08/2020 | 01/19/2021 |
| File Non-Dispositive Motions | 06/22/2020 | 02/03/2021 |
| Hear Non-Dispositive Motions | 07/20/2020 | 03/05/2021 |
| File Dispositive Motions | 08/05/2020 | 03/15/2021 |
| Hear Dispositive Motions | 09/16/2020 | 04/26/2021 |
| Settlement Conference | 01/10/2020 | 05/14/2021 |
| Pre-Trial Conference | 11/12/2020 | 06/14/2021 |
| Trial | 01/12/2021 | 07/13/2021 |

3. The Scheduling Conference in *Okamoto* currently scheduled to take place on November 13, 2019 at 8:30 a.m shall be vacated.

*IT IS SO STIPULATED.*

Dated: November 7, 2019        IVIE, McNEILL & WYATT

                                 */s/ Rodney S. Diggs*
                            By:_____
                                 RODNEY S. DIGGS
                                 Attorney for Plaintiff Nash-Perry

Dated:  November 7, 2019        CHAIN COHN STILES

                                 */s/ Matt Clark*
                            By:_____
                                 MATT CLARK
                                 Attorney for Plaintiffs Okamato and Z.S.

**JOINT STIPULATION TO CONSOLIDATE CASES AND CONTINUE TRIAL**

Dated: November 7, 2019     MARDEROSIAN & COHEN

*/s/ Heather S. Cohen*

By:_____
     HEATHER S. COHEN
     Attorney for Defendants above-named.

**ORDER**

Based upon the stipulation of the parties, the Court **ORDERS**:

1. *Nash-Perry v. City of Bakersfield, et al.,* United States District Court, Eastern District of California, Case No. 1:18-cv-01512 LJO JLT and *Okamoto, et al. v. City of Bakersfield, et al.,* United States District Court, Eastern District of California, Case No. 1:19-cv-01125 LJO JLT are **CONSOLIDATED FOR ALL PURPOSES**. The new case number for all filings is 1:18-cv-01512 LJO JLT;

2. The parties **SHALL** comply with the case schedule issued in *Nash-Perry v. City of Bakersfield, et al.,* and which is modified as follows:

    a. The parties **SHALL** make their initial disclosure **no later than November 14, 2019**;

    b. The parties **SHALL** complete all non-expert discovery **no later than November 25, 2020** and all expert discovery **no later than January 19, 2021**. The parties **SHALL** disclose their experts **no later than December 7, 2020** and any rebuttal experts **no later than January 4, 2021**;

    c. The parties **SHALL** file non-dispositive motions, if any, **no later than February 3, 2021**. These motions will be heard **no later than March 5, 2021**;

    d. The parties **SHALL** file non-dispositive motions, if any, **no later than March 15, 2021**. These motions will be heard **no later than April 29, 2021**;

    e. The settlement conference is **CONTINUED** to **May 14, 2021** at 9:00 a.m.

    f. The pretrial conference is **CONTINUED** to **June 24, 2021** at 8:30 a.m.;

       g.       The trial is **CONTINUED** to **August 24, 2021** at 8:30 a.m.

    3.       With the stipulation to consolidate the matters, the motion to consolidate (Doc. 35) filed in the *Nash-Perry* matter is **MOOT;**

    4.       With the consolidation for all purposes, the motion to join heirs (Doc. 8) filed in the *Okamoto* matter is **MOOT**;

    5.       The Scheduling Conference in *Okamoto, et al. v. City of Bakersfield, et al.* Case No. 1:19-cv-01125 LJO JLT currently set on November 13, 2019 is **VACATED**.

IT IS SO ORDERED.

Dated:   **November 7, 2019**                **/s/ Jennifer L. Thurston**
                                                               UNITED STATES MAGISTRATE JUDGE

**JOINT STIPULATION TO CONSOLIDATE CASES AND CONTINUE TRIAL**