Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone:  (559) 441-7991
Facsimile:  (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone:  (661) 326-3721
Facsimile:  (661) 852-2020

Attorneys for:  Defendants CITY OF BAKERSFIELD and OFFICER ALEJANDRO PATINO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMETRIA NASH-PERRY, | Case No. 1:18-CV-01512-NONE-JLT |
| | (Consolidated with Case No. 1:19-CV-01125) |
| Plaintiff, | |
| vs. | **STIPULATION TO MODIFY THE SCHEDULING ORDER [DKT. NO. 19]; [PROPOSED] ORDER THEREON** |
| CITY OF BAKERSFIELD, et al., | **(Doc. 47)** |
| Defendants. | |

**RECITALS**

1.      WHEREAS, on March 11, 2019 this Court issued its Scheduling Order [Dkt. No. 19].

2.      WHEREAS, the Parties have exchanged initial Rule 26 disclosures.  However, due to the demands and delays of the Covid-19 pandemic, additional time is needed to conduct written discovery and take depositions.

3.      WHEREAS, the Parties have agreed to modify the Scheduling Order accordingly as set forth below.

## STIPULATION

IT IS HEREBY STIPULATED by and between the Parties hereto through their respective attorneys of record that the following be continued as follows:

| Deadline | Current Date | Requested Date |
|---|---|---|
| Non-Expert Discovery Cutoff | 11/25/2020 | 02/26/2021 |
| Expert Witness Disclosures | 12/07/2020 | 03/12/2021 |
| Rebuttal Expert Witness Disclosures | 01/04/2021 | 04/16/2021 |
| Expert Discovery Cutoff | 01/19/2021 | 05/14/2021 |
| File Non-Dispositive Motions | 02/03/2021 | 05/14/2021 |
| Hear Non-Dispositive Motions | 03/05/2021 | 06/11/2021 |
| File Dispositive Motions | 03/15/2021 | 06/28/2021 |
| Hear Dispositive Motions | 04/26/2021 | 07/30/2021 |
| Settlement Conference | 05/14/2021 | 08/09/2021 |
| Pre-Trial Conference | 06/14/2021 | 08/30/2021 |
| Trial | 07/13/2021 | 10/12/2021 |

Dated: October 1, 2020   MARDEROSIAN & COHEN

By: _/s/ Michael G. Marderosian_
 Michael G. Marderosian,
 Attorneys for Defendants

Dated: October 1, 2020   IVIE, McNEILL & WYATT

By: _/s/ Rodney S. Diggs_
 Rodney S. Diggs,
 Attorneys for Plaintiff
 TAMETRIA NASH-PERRY

| | |
|---|---|
| Dated:  October 1, 2020 | CHAIN COHN STILES |

                */s/ David K. Cohn*
             By:_____
               David K. Cohn,
               Attorneys for Plaintiffs
               JASON OKAMOTO and Z.S.

**ORDER**

Based upon the stipulation of the parties, the Court **ORDERS** the scheduling order modified as follows:

1. All non-expert discovery[1] SHALL be completed no later than February 26, 2021;

2. All expert discovery SHALL be completed no later than May 14, 2021. The parties SHALL disclose experts no later than March 12, 2021 and any rebuttal experts no later than April 16, 2012;

3. The parties SHALL file non-dispositive motions, if any, no later than May 28, 2021 and heard no later than June 25, 2021;

4. The parties SHALL file dispositive motions, if any, no later than July 12, 2021 and heard no later than August 30, 2021;

5. The settlement conference is CONTINUED to August 9, 2021 at 1:30 p.m. The requirements for the exchange of settlement offers and lodging the settlement conference statements as set forth in the scheduling order apply;

6. The pretrial conference is CONTINUED to November 9, 2021 at 3:30 p.m.;

7. The trial is CONTINUED to January 11, 2022 at 8:30 a.m.

IT IS SO ORDERED.

Dated: **October 1, 2020**        **/s/ Jennifer L. Thurston**
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel are advised that they may not again rely upon the COVID-19 pandemic as reasoning for not progressing in discovery. The Court expects they will utilize non-traditional means, e.g., video depositions, to conduct discovery, as needed, to advance the case while preserving the health and safety of the parties, attorneys and witnesses.