Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1200 Truxtun Avenue, Suite 130
Bakersfield, CA 93301
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD and OFFICER ALEJANDRO PATINO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMETRIA NASH-PERRY,<br><br>        Plaintiff,<br>  vs.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>        Defendants. | Case No. 1:18-CV-01512-NONE-JLT<br>(Consolidated with Case No. 1:19-CV-01125)<br><br>**STIPULATION TO MODIFY THE SCHEDULING ORDER; [PROPOSED] ORDER THEREON** |

**RECITALS**

1. WHEREAS, on March 11, 2019 this Court issued its Scheduling Order [Dkt. No. 19].

2. WHEREAS, on October 1, 2020, the Parties filed a Stipulation to continue certain deadlines and hearing dates [Dkt. No. 47];

3. WHEREAS, on October 2, 2020 the Court granted the Parties Stipulation and issued its Order Modifying the Scheduling Order [Dkt. No. 48];

4. WHEREAS, not all of the non-expert witness deposition transcripts have yet been received by the Parties. The Parties anticipate that the deposition transcripts will be completed and received within the next few weeks. Before the Parties' experts can prepare their final reports, they will need to review all

pertinent evidence, including the outstanding deposition transcripts.  Therefore, additional time is needed for the expert disclosures.

5. WHEREAS, the Parties hereby stipulate to modifying the Scheduling Order accordingly as set forth below.

## STIPULATION

IT IS HEREBY STIPULATED by and between the Parties hereto through their respective attorneys of record that the following be continued as follows:

| Deadline | Current Date | Requested Date |
|---|---|---|
| Expert Witness Disclosures | 03/12/2021 | 04/13/2021 |
| Rebuttal Expert Witness Disclosures | 04/16/2021 | 05/14/2021 |
| Expert Discovery Cutoff | 05/14/2021 | 06/11/2021 |

All other dates shall remain unaffected by this Stipulation.

Dated:  March 3, 2021         MARDEROSIAN & COHEN

                              */s/ Michael G. Marderosian*
                              By:_____
                              Michael G. Marderosian,
                              Attorneys for Defendants

Dated:  March 3, 2021         IVIE, McNEILL & WYATT

                              */s/ Rodney S. Diggs*
                              By:_____
                              Rodney S. Diggs,
                              Attorneys for Plaintiff
                              TAMETRIA NASH-PERRY

Dated:  March 3, 2021         THE COCHRAN FIRM CALIFORNIA

                              */s/ James A. Bryant*
                              By:_____
                              James A. Bryant,
                              Attorneys for Plaintiff
                              TAMETRIA NASH-PERRY

**ORDER**

Pursuant to the Stipulation of the Parties and good cause appearing therefor, IT IS HEREBY ORDERED that the Scheduling Order be modified as follows:

| Deadline | Current Date | New Date |
|---|---|---|
| Expert Witness Disclosures | 03/12/2021 | 04/13/2021 |
| Rebuttal Expert Witness Disclosures | 04/16/2021 | 05/14/2021 |
| Expert Discovery Cutoff | 05/14/2021 | 06/11/2021 |

IT IS SO ORDERED.

Dated: **March 3, 2021**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE