Michael G. Marderosian (SBN 77296)
  mick@mcc-legal.com
Heather S. Cohen (SBN 263093)
  heather@mcc-legal.com
MARDEROSIAN & COHEN
1200 Truxtun Avenue, Suite 130
Bakersfield, CA 93301
Telephone:  (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
  vgennaro@bakersfieldcity.us
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA  93301
Telephone:  (661) 326-3721
Facsimile:  (661) 852-2020

Attorneys for:  Defendants CITY OF BAKERSFIELD and OFFICER ALEJANDRO PATINO

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMETRIA NASH-PERRY, | Case No. 1:18-CV-01512-JLT |
| Plaintiff, | (Consolidated with Case No. 1:19-CV-01125) |
| vs. | **STIPULATION DISMISSING CERTAIN CLAIMS WITH PREJUDICE;** |
| CITY OF BAKERSFIELD, et al., | **[~~PROPOSED~~] ORDER THEREON** |
| Defendants. | **(Doc. 59)** |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, by and through their respective counsel of record, that the following claims be dismissed in their entirety, with prejudice:

### STIPULATION

The parties have met and conferred regarding Defendants' contemplated dispositive motion in this matter.  They have arrived at the following stipulation and proposed order, with which they propose to compromise with respect to a number of issues raised.  Specifically, the Parties stipulate that (and request that the Court enter an order confirming that):

1

1. Plaintiff Tametria Nash-Perry agrees to dismiss, with prejudice, her Sixth Cause of Action for *Monell* Liability – Unconstitutional Custom, Practice, Policy (42 U.S.C. § 1983) as alleged in her Fourth Amended Complaint on file herein;

2. Plaintiff Tametria Nash-Perry agrees to dismiss, with prejudice, her Seventh Cause of Action for *Monell* Liability – Inadequate Training (42 U.S.C. § 1983) as alleged in her Fourth Amended Complaint on file herein;

3. Plaintiff Tametria Nash-Perry agrees to dismiss, with prejudice, her Eighth Cause of Action for *Monell* Liability – Ratification (42 U.S.C. § 1983) as alleged in her Fourth Amended Complaint on file herein;

4. Plaintiffs Jason Okamoto and Z.S. agree to dismiss, with prejudice, their First Cause of Action for Violation of the 4th and 14th Amendments as alleged in their Complaint on file herein against the City of Bakersfield, only, and the parties agree that the dismissal of Plaintiffs Jason Okamoto and Z.S.'s First Cause of Action for Violation of the 4th and 14th Amendments is only as to the City of Bakersfield and does not operate as a dismissal of the First Cause of Action as against Alejandro Patino;

5. Plaintiffs Jason Okamoto and Z.S. agree to dismiss, with prejudice, their Second Cause of Action for Violation of the 14th Amendment as alleged in their Complaint on file herein against the City of Bakersfield, only, and the parties agree that the dismissal of Plaintiffs Jason Okamoto and Z.S.'s Second Cause of Action for Violation of the 14th Amendment is only as to the City of Bakersfield and does not operate as a dismissal of the Second Cause of Action as against Alejandro Patino;

6. Plaintiffs Jason Okamoto and Z.S. agree to dismiss, with prejudice, their Third Cause of Action for Conspiracy to Violate Civil Rights (42 U.S.C. § 1983) as alleged in their Complaint on file herein;

7. In return, Defendants agree to waive all fees and costs associated with the above claims.

8. There is good cause to approve this Stipulation because it will streamline the issues to be tried and reduce the time and expense associated with dispositive motions.

9. The parties jointly request that the Court enter an order consistent with this Stipulation.

///
///
///
///

**IT IS SO STIPULATED.**

Dated: June 18, 2021                 MARDEROSIAN & COHEN

*/s/ Michael G. Marderosian*

By:_____
         Michael G. Marderosian
         Attorneys for Defendants

Dated: June 18, 2021                 IVIE, McNEIL & WYATT

*/s/ Rodney S. Diggs*

By:_____
         Rodney S. Diggs
         Attorneys for Plaintiffs

**~~PROPOSED~~ ORDER**

Before the Court is a Stipulation among the parties with which they propose to resolve certain issues arising with respect to contemplated dispositive motions by means of a compromise. Good cause appearing, the Court adopts the parties' Stipulation and orders that the following claims for relief are **DISMISSED WITH PREJUDICE** with each side to bear its own fees and costs as to those claims:

1. Plaintiff Tametria Nash-Perry's Sixth Cause of Action for *Monell* Liability – Unconstitutional Custom, Practice, Policy (42 U.S.C. § 1983)0 as alleged in her Fourth Amended Complaint on file herein;

2. Plaintiff Tametria Nash-Perry's Seventh Cause of Action for *Monell* Liability – Inadequate Training (42 U.S.C. § 1983) as alleged in her Fourth Amended Complaint on file herein;

3. Plaintiff Tametria Nash-Perry's Eighth Cause of Action for *Monell* Liability – Ratification (42 U.S.C. § 1983)0 as alleged in her Fourth Amended Complaint on file herein;

4. Plaintiffs Jason Okamoto and Z.S.'s First Cause of Action for Violation of the 4th and 14th Amendments as alleged in their Complaint on file herein against the City of Bakersfield, only, as stated in the parties' Stipulation;

5. Plaintiffs Jason Okamoto and Z.S.'s Second Cause of Action for Violation of the 14th Amendment as alleged in their Complaint on file herein against the City of Bakersfield, only, as stated in the parties' Stipulation;

6. Plaintiffs Jason Okamoto and Z.S.'s Third Cause of Action for Conspiracy to Violate Civil Rights (42 U.S.C. § 1983) as alleged in their Complaint on file herein.


IT IS SO ORDERED.

Dated:   **June 18, 2021**            **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE