# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMETRIA NASH-PERRY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BAKERSFIELD, OFFICER ALEJANDRO PATINO, and nominal defendant JASON OKAMOTO,<br><br>　　　　　Defendants.<br><br>JASON OKAMOTO, individually and as successor-in-interest to CHRISTOPHER OKAMOTO, and Z.S., by and through her guardian ad litem, Brittney Saucedo,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF BAKERSFIELD and OFFICER ALEJANDRO PATINO,<br><br>　　　　　Defendants. | Case No.: 1:18-cv-01512 JLT BAK (SAB)<br><br>ORDER TO PLAINTIFFS' ATTORNEY DARRYL MEIGS TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR PRACTICE IN THIS COURT WITHOUT SEEKING ADMISSION |

On May 27, 2022, Darryl A. Meigs executed the Joint Pretrial Statement on behalf of the firm Ivie McNeill Wyatt Purcell & Diggs, counsel for Plaintiffs. (Doc. 95 at 43.) However, Mr. Meigs has not been admitted to practice in the Eastern District of California.

1

Therefore, the Court **ORDERS**: **No later than June 6, 2022**, Darryl A. Meigs **SHALL** show cause in writing why sanctions should not be imposed for his acts in practicing in this court without being admitted. In the alternative, Mr. Meigs may seek admission to this Court.

IT IS SO ORDERED.

Dated: **May 29, 2022**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE