**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAMETRIA NASH-PERRY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BAKERSFIELD, OFFICER ALEJANDRO PATINO, and nominal defendant JASON OKAMOTO,<br><br>　　　　　Defendants.<br><br>JASON OKAMOTO, individually and as successor-in-interest to CHRISTOPHER OKAMOTO, and Z.S., by and through her guardian ad litem, Brittney Saucedo,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF BAKERSFIELD and OFFICER ALEJANDRO PATINO,<br><br>　　　　　Defendants. | Case No.: 1:18-cv-01512 JLT BAK (SAB)<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED MAY 31, 2022<br><br>(Doc. 96) |

　　Previously, the Court ordered Plaintiffs' attorney Darryl Meigs to show cause why sanctions should not be imposed for his practice in this Court without seeking admission. (Doc. 96.) The Court ordered counsel to respond to the order, or seek admission to the Court, no later than June 6, 2022.

1

(*Id.* at 2.) On June 3, 2022, Mr. Meigs responded that "it was not [his] intent to practice in this Court without first seeking admission." (Doc. 97 at 2.) Mr. Meigs reported that he "mistakenly caused [his] name to appear on the signature block, when it should have been that of Supervising Attorney Rodney Diggs, who oversaw and approved the contents of Plaintiff's portions of the Joint Pretrial Statement and is licensed to practice before this Court." (*Id.*) Mr. Meigs requested "that the Court not impose sanctions, as the mistake was certainly one of inadvertence." (*Id.*) In addition, Mr. Meigs sought admission to the Eastern District, and was admitted to the Court on June 27, 2022.

Based upon the information provided and the admission of Mr. Meigs to the Eastern District, the Court **ORDERS**: The order to show cause dated May 31, 2022 (Doc. 96) is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **June 27, 2022**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE