1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11   TAMETRIA NASH-PERRY,

12              Plaintiff,

13        v.

14   CITY OF BAKERSFIELD, OFFICER
     ALEJANDRO PATINO, and nominal
15   defendant JASON OKAMOTO,

16              Defendants.

17

18   JASON OKAMOTO, individually and as
     successor-in-interest to CHRISTOPHER
19   OKAMOTO, and Z.S., by and through her
     guardian ad litem, Brittney Saucedo,
20
               Plaintiffs,
21
          v.
22
     CITY OF BAKERSFIELD and OFFICER
23   ALEJANDRO PATINO,
24              Defendants.
25

Case No.: 1:18-cv-1512 JLT BAK (SAB)

ORDER DIRECTING THE CLERK TO UPDATE
THE DOCKET AND TERMINATE Z.S. AS A
PLAINTIFF

26        Previously, the Court granted Defendants' motion for summary adjudication of the claims of

27   Plaintiff Z.S., who was represented by her guardian ad litem Brittney Saucedo. (Doc. 79 at 35.)

28   Accordingly, the Clerk of Court is **DIRECTED** to update the docket and terminate Z.S. as a plaintiff

in this matter.  The action proceeds only upon the claims of plaintiffs Tametria Nash-Perry and Jason Okamoto.

IT IS SO ORDERED.

   Dated:   **August 3, 2022**

UNITED STATES DISTRICT JUDGE