# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMETRIA NASH-PERRY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BAKERSFIELD, OFFICER ALEJANDRO PATINO, and nominal defendant JASON OKAMOTO,<br><br>　　　　Defendants.<br><br>JASON OKAMOTO, individually and as successor-in-interest to CHRISTOPHER OKAMOTO, and Z.S., by and through her guardian ad litem, Brittney Saucedo,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF BAKERSFIELD and OFFICER ALEJANDRO PATINO,<br><br>　　　　Defendants. | Case No.: 1:18-cv-01512 JLT CDB<br><br>ORDER DIRECTING THE PARTIES TO FILE ANY PROPOSED MODIFICATIONS TO THE PRETRIAL ORDER (DOC. 99) NO LATER THAN APRIL 7, 2023<br><br>ORDER SETTING BREIFING DEADLINES FOR ANY NEW MOTIONS IN LIMINE |

　　　　The Court held a trial in this action, which ended in a mistrial on January 19, 2023.  (Doc. 157.)  Pursuant to the stipulation of the parties, the Court has set the new trial on February 13, 2024.  (Doc.

1

168.) Accordingly, the parties **SHALL** file any proposed modification to the Pretrial Order—including any changes to witnesses and exhibits—no later than **June 2, 2023**.[1]

The Court will also grant the parties the opportunity to file additional motions in limine. Any new motions in limine **SHALL** be filed no later than **September 1, 2023**. Any opposition to the filed motions shall be filed no later than **September 15, 2023**, and any reply briefs no later than **September 29, 2023**. Notwithstanding this order, the rulings on the past motions in limine remain in effect.

IT IS SO ORDERED.

Dated:   **February 9, 2023**

UNITED STATES DISTRICT JUDGE

---

[1] The parties are reminded that **all witnesses and exhibits**, **including those which will be used for impeachment and rebuttal**, must be listed in the Pretrial Order. The only exceptions made will be for rebuttal evidence, and <u>only</u> upon a showing of manifest injustice. (*See* Doc. 99 at 14, 17-18.)

2