Michael G. Marderosian (SBN 77296)
  mick@mcc-legal.com
Heather S. Cohen (SBN 263093)
  heather@mcc-legal.com
MARDEROSIAN & COHEN
1200 Truxtun Avenue, Suite 130
Bakersfield, CA 93301
Telephone:  (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
  vgennaro@bakersfieldcity.us
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA  93301
Telephone:  (661) 326-3721
Facsimile:  (661) 852-2020

Attorneys for:  Defendants CITY OF BAKERSFIELD and OFFICER ALEJANDRO PATINO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMETRIA NASH-PERRY, an individual and as Successor in Interest to CHRISTOPHER OKAMOTO,<br><br>　　　　Plaintiff,<br>　vs.<br><br>CITY OF BAKERSFIELD,<br>OFFICER ALEJANDRO PATINO,<br>JASON OKAMOTO, as a nominal defendant, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 1:18-CV-01512-JLT-BAK<br>(Consolidated with Case No. 1:19-CV-01125)<br><br>**STIPULATION FOR WAIVER OF COSTS IN EXCHANGE FOR WAIVER OF RIGHT TO APPEAL; [PROPOSED] ORDER THEREON** |

JASON OKAMOTO, individually and as successor-in-interest to CHRISTOPHER OKAMOTO, Deceased, "Z.S.," a minor by and through her Guardian ad Litem, Brittney Saucedo,

        Plaintiff,
vs.

CITY OF BAKERSFIELD;
OFFICER ALEJANDRO PATINO;
DOES 1-20, inclusive,

        Defendants.

## RECITALS

WHEREAS, the Court entered Judgment in favor of Defendants CITY OF BAKERSFIELD and OFFICER ALEJANDRO PATINO (collectively "Defendants") against Plaintiffs TAMETRIA NASH-PERRY, an individual and as Successor in Interest to CHRISTOPHER OKAMOTO, and JASON OKAMOTO, an individual and as Successor in Interest to CHRISTOPHER OKAMOTO, (collectively "Plaintiffs") on February 29, 2024 [Dkt. No. 227];

WHEREAS, Defendants filed their Bill of Costs on March 5, 2024 [Dkt. No. 229];

WHEREAS, Plaintiffs have a right to appeal the Judgment before the Ninth Circuit Court of Appeals.

## STIPULATION

Plaintiffs agree to waive their right to all appealable issues arising in and from this action, including but not limited to, the February 29, 2024 Judgment [Dkt. No. 227] in exchange for Defendants' waiver of all claims for costs arising from this litigation, including those in their Bill of Costs filed March 5, 2024 [Dkt. No. 229], which is hereby withdrawn.

Dated:  March 15, 2024.
                                          MARDEROSIAN & COHEN

                                                 */s/ Heather S. Cohen*
                                        By:_____
                                             Michael G. Marderosian
                                             Heather S. Cohen
                                             Attorneys for Defendants above-named.

Dated:  March 15, 2024.                           IVIE McNEILL WYATT PURCELL & DIGGS APLC

                                                  */s/ Rodney S. Diggs*
                                              By:_____
                                                  Rodney S. Diggs
                                                  Attorneys for Plaintiffs above-named.

Dated:  March 15, 2024.                           THE COCHRAN FIRM CALIFORNIA

                                                  */s/ James A. Bryant*
                                              By:_____
                                                  Brian T. Dunn
                                                  James A. Bryant
                                                  Attorneys for Plaintiffs above-named.

# ORDER

Upon good cause being shown as set forth in the Parties' Stipulation for Waiver of Costs in Exchange for Waiver of Right to Appeal, the Court hereby adopts the Stipulation and hereby **ORDERS**:

1. Plaintiffs TAMETRIA NASH-PERRY and JASON OKAMOTO waived their right to all appealable issues arising in and from this action, including but not limited to, the February 29, 2024 Judgment [Dkt. No. 227], and therefore, no notice of appeal may be filed in this action;

2. Defendants waived their right to all claims for costs arising from this litigation and have withdrawn their Bill of Costs filed March 5, 2024 [Dkt. No. 229].  Therefore, said Bill of Costs is moot.

3. This matter is hereby terminated and the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

   Dated:   **March 15, 2024**                              _____
                                                             UNITED STATES DISTRICT JUDGE